Kirtlan G. Naylor    ISB No. 3569, kirt@naylorhales.com
James R. Stoll        ISB No. 7182, jrs@naylorhales.com
NAYLOR & HALES, P.C.
Attorneys at Law
950 W. Bannock, Suite 610
Boise, Idaho 83702
Telephone No. (208) 383-9511
Facsimile No.  (208) 383-9516

Attorneys for Defendants CCA, John Ferguson,
Phillip Valdez, Daniel Prado, Brent Archibald,
Brian Doser, Justin Acosta and Brandon Delaney

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| MICHAEL T. HAYES,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>CORRECTIONS CORPORATION OF AMERICA (CCA), a Tennessee Corporation; JOHN FERGUSON, CEO, CCA; PHILLIP VALDEZ, Warden Idaho Correctional Center (ICC); DAN PRADO, Assistant Warden, ICC; BRENT ARCHIBALD, ICC Investigations Officer; BRIAN DOSER, Unit Manager, ICC; JUSTIN ACOSTA, Case Manager, ICC; BRANDON DELANEY, SMU Case Manager; ICC; JOHN/JANE DOES, Members SMU Placement Committee, ICC; STEVE GARETT, ICC Medical Doctor; SUSAN BAJOVICH, ICC Medical Administrator; JANET STANGER, LPN, ICC Medical; sued in their individual and official capacities; and their successors in office,<br><br>　　　　　Defendants. | Case No.  CV 09-122-S-BLW<br><br>**ICC DEFENDANTS' RESPONSE TO PLAINTIFF'S MOTION FOR JURY TRIAL DATE (DKT. 34)** |

　　　　　Defendants, Correctional Corporation of America, John Ferguson, Phillip Valdez,

Daniel Prado, Brent Archibald, Brian Doser, Justin Acosta and Brandon Delaney ("ICC

**ICC DEFENDANTS' RESPONSE TO PLAINTIFF'S MOTION FOR JURY TRIAL
DATE  (DKT. 34) - 1.**

Defendants"), by and through their attorneys of record, Naylor & Hales, P.C., and hereby submit their response to Plaintiff's Motion for Jury Trial Date (Dkt. 34).

## I.

## INTRODUCTION

On October 5, 2010, Plaintiff filed his Motion for Jury Trial (Dkt. 34) .  Plaintiff's later motion must be denied for the reason that such a motion is pre-mature.

## II.

## ARGUMENT

A.	**Plaintiff's Motion for Jury Trial Date is Premature.**

On February 11, 2010, this Court issued a Scheduling Order (Dkt. 14), which states that "[a]ll motions for summary judgment and other potentially dispositive motions shall be filed with accompanying briefs on or before November 30, 2010. . . ."   Because these Defendants will be filing their motion for summary judgment on or before November 30, 2010, setting a trial date at this point in time would be premature.

Denying Plaintiff's Motion would accommodate the Defendants' right to seek summary resolution of this matter.  Further, a stay serves to promote judicial efficiency in that if the Defendants' Motion for Summary Judgment is granted, no claims will survive, and all parties including the Court, will be saved from expending the time, effort and expense of preparing for further litigation.

## III.

## CONCLUSION

For the foregoing reasons, Plaintiff's motion must be denied.

**ICC DEFENDANTS' RESPONSE TO PLAINTIFF'S MOTION FOR JURY TRIAL DATE  (DKT. 34) - 2.**

DATED this 28th day of October, 2010.

>NAYLOR & HALES, P.C.
>/s/  James R. Stoll, Of the Firm
>E-mail: jrs@naylorhales.com
>Attorneys for Phillip Valdez and CCA

## CERTIFICATE OF SERVICE

I hereby certify that on the 28th day of October, 2010, I have mailed by United States Postal Service the foregoing document(s) to the following non-CM/ECF Registered Participant(s).

| Michael T. Hayes, #20633 | _x_ | U.S. Mail |
| I.C.C., M-2-C | ___ | Hand Delivered |
| P.O. Box 70010 | ___ | Federal Express |
| Boise, Idaho 83707 | ___ | Fax Transmission |

**ICC DEFENDANTS' RESPONSE TO PLAINTIFF'S MOTION FOR JURY TRIAL DATE  (DKT. 34) - 3.**