MICHAEL T. HAYES
#20633    N-8-C
P.O. BOX 70010
BOISE IDAHO 83707

PLAINTIFF, PRO-SE

**U.S. COURTS**

**DEC 0 2 2010**

Rcvd_____Filed_____Time_____
ELIZABETH A. SMITH
CLERK, DISTRICT OF IDAHO

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

MICHAEL T. HAYES

     **PLAINTIFF**

-VS-

CORRECTIONS CORPORATION OF AMERICA
(CCA), a Maryland Corporation:
JOHN FERGUSON, CEO, CCA: PHILLIP
VALDEZ WARDEN (ICC): IDAHO
CORRECTIONAL CENTER: DAN PRADO,
ASSISTANT WARDEN, (ICC): BRENT
ARCHIBALD, ICC INVSETIGATIONS
OFFICER: BRIAN DOSER, UNITE
MANAGER, (ICC): JUSTIN ACOSTA,
CASE MANAGER, (ICC): BRANDON
DELANEY, SMU CASE MANAGER, (ICC):
JOHN/JANE DOES, MEMBER SMU
PLACEMENT COMMITTEE, (ICC): STEVE
GARRETT (ICC): MEDICAL DOCTOR,
SUSAN BAJOVICH, (ICC): MEDICAL
ADMINISTRATOR: JANET STANGER, LPN,
(ICC): MEDICAL,

Sued in there individual and
official capacities; and their
successors in office,

    **DEFENDANTS**

CASE No. CV 09-122-BLW

NOTICE OF OBJECTION
TO DEFENDANTS ICC
STAFF AND ATTORNEYS
MOTION FOR EXTENSION
OF TIME TO FILE
SUMMARY JUDGMENT
MOTION:

PLAINTIFF'S OBJECTION
TO DEFENDANTS MOTION
FOR EXTENSION OF
TIME TO COMPLETE
DISCOVERY.

COMES NOW PLAINTIFF PRO-SE MICHAEL T.
HAYES AND HERE BY OBJECTS TO ICC DEFENDANTS
MOTION FOR EXTENTION OF TIME TO FILE

PLAINTIFF'S NOTICES OF OBJECTIONS

— 1 —

SUMMARY JUDGEMENT. this COURT SET THE DEADLINE FOR SUMMARY JUDGMENT IN THE SCHEDULING ORDER (DKT. 14), THE DEADLINE WAS SET FOR NOVEMBER 30, 2010 AND THE DATE THIS WAS SET WAS 2/11/2010. The DEFENDANTS hAVE HAD 9 MONThS, 19 DAY'S TO COMPLETE THERE SUMMARY JUDGMENT MOTION. This is JUST ANOTHER ATTEMPT TO DELAY This CASE FoTHEr. AlSO THE DEFENDANTS MOTION OR ORDER FOR EXTENSION OF TIME TO COMPLETE DISCOVERY is AlSO JUST ANOTHER ATTEMPT TO DELAY AND IMPEAD This CASE AS THE DISCOVERY DEADLINE WAS AlSO SET ON 2/11/2010. WHERE FOR PLAINTIFF PRO-SE

PLAINTIFF'S NOTICES OF OBJECTIONS
— 2 —

MICHAEL T. HAYES HEREBY ASKS THIS HONORABLE court TO DENIE ICC DEFENDANTS MOTION TO ALLOW AN EXTENSION OF TIME TO COMPLETE SUMMARY JUDGMENT MOTION, AND ICC ATTORNEYS COURT ORDER GRANTING THERE SELVES AN EXTENTION OF TIME UNTIL DECEMBER 15, 2010 TO FILE THEIR SUMMARY JUDGMENT MOTION. PLAINTIFF, MICHAEL T. HAYES PRO-SE PRAYS FOR AN ORDER DENIENING DEFENDANT'S MOTIONS AND PRAYS FOR A COURT ORDER SETTING THE JURY TRIAL DATE FOR THIS CASE.

DONE THIS 26 DAY OF NOVEMBER 2010.

Michael T. Hayes
MICHAEL T. HAYES
PLAINTIFF PRO-SE

PLAINTIFF'S NOTICE OF OBJECTIONS

— 3 —

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the ___30___ , Day of __NOVEMBER__ 2010,
I HAVE MAILED BY UNITED STATES POSTAL SERVICE THE FOLLOWING DOCUMENTS
WHICH WERE PLACED IN THE MAIL BOX OF THE ICC PARALEGAL.

PLAINTiFF'S NOTICE OF OBJECTIONS TO ICC
DEFENDANTS MOTION FOR EXTENSION OF TIME TO
FILE SUMMARY JUDGMENT
MOTION, AND MOTION AND
ORDER FOR TIME TO COM-
PLETE DISCOVERY

ELIZABETH A. SMITH
CLERK U.S. DISTRICT COURT
550 W. FORT St. MSC 042
BOISE IDAHO 83724


JAMES R. STOLL
ATTORNEY AT LAW
NAYLOR & HALES P.C.
950 WEST BANNOCK STREET SUITE 610
BOISE IDAHO 83702


B. LYNN WINMILL
UNITED STATES DISTRICT JUDGE
550 W. FORT STREET
BOISE IDAHO 83724


DONE THIS ___30___ , DAY OF __NOVEMBER__ , 2010.


_michael T Hayes_
MICHAEL T. HAYES PRO-SE


## CERTIFICATE OF SERVICE