Kirtlan G. Naylor    ISB No. 3569, kirt@naylorhales.com
James R. Stoll    ISB No. 7182, jrs@naylorhales.com
NAYLOR & HALES, P.C.
Attorneys at Law
950 W. Bannock, Suite 610
Boise, Idaho 83702
Telephone No. (208) 383-9511
Facsimile No. (208) 383-9516

Attorneys for Defendants Corrections Corporation
of America, John Ferguson, Phillip Valdez,
Daniel Prado, Brian Doser, Justin Acosta and Brandon Delaney

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| MICHAEL T. HAYES, <br><br> Plaintiff, <br><br> vs. <br><br> CORRECTIONS CORPORATION OF AMERICA (CCA), a Tennessee Corporation; JOHN FERGUSON, CEO, CCA; PHILLIP VALDEZ, Warden Idaho Correctional Center (ICC); DAN PRADO, Assistant Warden, ICC; BRENT ARCHIBALD, ICC Investigations Officer; BRIAN DOSER, Unit Manager, ICC; JUSTIN ACOSTA, Case Manager, ICC; BRANDON DELANEY, SMU Case Manager; ICC; JOHN/JANE DOES, Members SMU Placement Committee, ICC; STEVE GARETT, ICC Medical Doctor; SUSAN BAJOVICH, ICC Medical Administrator; JANET STANGER, LPN, ICC Medical; sued in their individual and official capacities; and their successors in office, <br><br> Defendants. | Case No.  CV 09-122-S-BLW <br><br> **DEFENDANTS' NON-OPPOSITION TO PLAINTIFF'S MOTION FOR ENLARGEMENT OF TIME TO RESPOND  (DKT. 43)** |

**DEFENDANTS' NON-OPPOSITION TO PLAINTIFF'S MOTION FOR ENLARGEMENT OF TIME TO RESPOND (DKT. 43) - 1.**

Defendants, Correctional Corporation of America, John Ferguson, Phillip Valdez, Daniel Prado, Brian Doser, Justin Acosta and Brandon Delaney, by and through their attorneys of record, Naylor & Hales, P.C., hereby notify the Court of their non-opposition to Plaintiff's Motion for Enlargement of Time to Respond (Dkt. 43).

DATED this 2nd day of February, 2011.

> NAYLOR & HALES, P.C.
> /s/ James R. Stoll, Of the Firm
> E-mail: jrs@naylorhales.com
> Attorneys for CCA, Ferguson, Valdez,
> Prado, Doser, Acosta and Delaney

## CERTIFICATE OF SERVICE

I hereby certify that on the 2nd day of February, 2011, I have mailed by United States Postal Service the foregoing document(s) to the following non-CM/ECF Registered Participant(s).

| Michael T. Hayes, #20633 | x   | U.S. Mail |
| I.C.C., N-8-C | ___ | Hand Delivered |
| P.O. Box 70010 | ___ | Federal Express |
| Boise, Idaho 83707 | ___ | Fax Transmission |

**DEFENDANTS' NON-OPPOSITION TO PLAINTIFF'S MOTION FOR ENLARGEMENT OF TIME TO RESPOND (DKT. 43) - 2.**