UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| Michael T. Hayes,<br><br>    Plaintiff,<br><br>v.<br><br>Corrections Corporation of America (CCA), et al.,<br><br>    Defendant. | Case No.  1:09-cv-00122-BLW<br><br>**ORDER RE PAYMENT OF SUBPOENA COSTS** |

On March 19, 2013, this Court ordered plaintiff to repay the Court $668.85 in costs associated with serving trial subpoenas upon various individuals, including Todd Butters. [1] *See* Dkt. 215.  This Order mistakenly indicated that the Court incurred $170.80 in fees to serve Mr. Butters. *See id.* at 1.  In fact, the Court incurred $199.50 to serve this witness.  This amount is reflected on the attached Process Receipt and Return for Mr. Butters. *See* Docket 216.  As is shown on this receipt, $170.80 was the remaining amount owed on this subpoena after the Court had prepaid anticipated costs of service.

---

[1] The Court appreciates plaintiff's payment of $668.85, which has been received.

**ORDER  RE PAYMENT OF SUBPOENA COSTS - 1**

The Court mistakenly relied on this $170.80 figure in calculating the subpoena costs for Mr. Butters, rather than the $199.50 figure.

In any event, plaintiff owes the Court an additional $28.70 ($199.50 – $170.80 = $28.70). Plaintiff is ordered to pay this amount by no later than May 31, 2013. Plaintiff should tender payment to the Clerk of the Court at 550 West Fort Street, Boise, Idaho 83724.

DATED: April 11, 2013

B. Lynn Winmill
Chief Judge
United States District Court

USM-285 is a 5-part form. Fill out the form and print 5 copies. Sign as needed and route as specified below.

| U.S. Department of Justice<br>United States Marshals Service | PROCESS RECEIPT AND RETURN<br>See "Instructions for Service of Process by U.S. Marshal" |
|---|---|

RECEIVED
U.S. MARSHALS SERVICE
2013 MAR -7 AM 11: 15

| PLAINTIFF<br>Michael T. Hayes | COURT CASE NUMBER<br>1:09-cv-122-BLW |
|---|---|
| DEFENDANT<br>Brian Doser, et al | TYPE OF PROCESS<br>Subpoenas & Checks |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Todd Butters

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
18160 Calico Dr, Nampa, ID 83687

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Michael T. Hayes, #20633
IMSI, Unit A-15
PO Box 51
Boise, ID 83707

| Number of process to be served with this Form 285 | 1 |
|---|---|
| Number of parties to be served in this case | 1 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

Signature of Attorney other Originator requesting service on behalf of:
[X] PLAINTIFF
[ ] DEFENDANT
TELEPHONE NUMBER: 208-334-9397
DATE: 3/6/13

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated.<br>(Sign only for USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin<br>No. ___ | District to Serve<br>No. ___ | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|

I hereby certify and return that I [ ] have personally served, [ ] have legal evidence of service, [ ] have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

[ ] I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above)

[ ] A person of suitable age and discretion then residing in defendant's usual place of abode

Address (complete only different than shown above)
219 N. 12th Ave  Canyon County Jail
Caldwell, ID 83605

Date: 03/08/2013
Time: 13:30 [X] pm

Signature of U.S. Marshal or Deputy
Jared Nebeker, DUSM

| Service Fee | Total Mileage Charges including endeavors | Forwarding Fee | Total Charges | Advance Deposits | (Amount of Refund*) |
|---|---|---|---|---|---|
| $165.00 | $33.90 | NA | 199.50 | $28.68 | $0.00  170.80 |

REMARKS: Copies 3pgs x 2 copies = 6 copies x 10¢ ea =

Charges are due upon Receipt

PRINT 5 COPIES:
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/80

AO 88 (Rev. 07/10) Subpoena to Appear and Testify at a Hearing or Trial in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Idaho

| | |
|---|---|
| Michael T. Hayes<br>*Plaintiff*<br>v.<br>Brian Doser, et al<br>*Defendant* | )<br>)<br>) Civil Action No. 1:09-cv-00122-BLW<br>)<br>) |

## SUBPOENA TO APPEAR AND TESTIFY
## AT A HEARING OR TRIAL IN A CIVIL ACTION

To: Todd Butters
18160 Calico Drive, Nampa, Idaho 83687

**YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place set forth below to testify at a hearing or trial in this civil action. When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place: United States Federal Building<br>550 West Fort Street<br>Boise, Idaho 83724 | Courtroom No.: 3 (3/12 &13/2013) |
|---|---|
| | Date and Time: 03/12/2013 9:30 am |

You must also bring with you the following documents, electronically stored information, or objects *(blank if not applicable)*:

You have been subpoenaed to testify at a jury trial by the prisoner plaintiff in this case. Any questions may be directed to the prisoner plaintiff via mail, the defendant's attorneys (Naylor & Hales) at 383-9511, and/or the courtroom deputy, Jamie Gearhart, at 334-9027. If you are subpoenaed for more than one day of trial, please come on the first day and time required, and then ask the court after you testify whether you can be released from your subpoena at that time.

The provisions of Fed. R. Civ. P. 45(c), relating to your protection as a person subject to a subpoena, and Fed. R. Civ. P. 45 (d) and (e), relating to your duty to respond to this subpoena and the potential consequences of not doing so, are attached.

Date: 03/04/2013

CLERK OF COURT

*Carrie McMahan*                                OR  _____
Signature of Clerk or Deputy Clerk                         Attorney's signature

The name, address, e-mail, and telephone number of the attorney representing *(name of party)* **Michael T. Hayes**
_____ , who issues or requests this subpoena, are:

Michael T. Hayes, 20633
IMSI, Unit A-15
PO Box 51, Boise, Idaho 83707

AO 88 (Rev.07/10) Subpoena to Appear and Testify at a Hearing or Trial in a Civil Action (page 2)

Civil Action No. 1:09-cv-00122-BLW

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

This subpoena for *(name of individual and title, if any)* __Todd Butters__

was received by me on *(date)* __03/08/2013__.

☒ I served the subpoena by delivering a copy to the named person as follows: __Served at Canyon County Jail 219 N. 12th Ave Caldwell, ID 83605__

on *(date)* __03/08/2013__ ; or

☐ I returned the subpoena unexecuted because: ____

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$ __0__.

My fees are $ __165.60__ for travel and $ __33.90__ for services, for a total of $ __199.50__.

I declare under penalty of perjury that this information is true.

Date: __03/08/2013__

__Jared Nebeker__
Server's signature

__Jared Nebeker, DUSM__
Printed name and title

__550 W. Fort St. #777 Boise, ID 83724__
Server's address

Additional information regarding attempted service, etc:

---

5572

United States District Court-District of Idaho
Non-Appropriated Fund
550 W. Fort Street, Suite #400
Boise, ID 83724
208-334-1333

U.S. BANK NATIONAL ASSOCIATION
U.S. Bank
Boise, ID 83702
92-372/1231

3/4/2013

PAY TO THE ORDER OF __Todd Butters__    $ **68.25

Sixty-Eight and 25/100******    DOLLARS

→ Received  × Canyon County would not accept check for inmate. Check returned to courts.

Todd Butters
18160 Calico Dr.
Nampa, ID 83687

MEMO  Witness ($40) & Mileage ($28.25) Fee

## Federal Rule of Civil Procedure 45 (c), (d), and (e) (Effective 12/1/07)

**(c) Protecting a Person Subject to a Subpoena.**

**(1)** *Avoiding Undue Burden or Expense; Sanctions.* A party or attorney responsible for issuing and serving a subpoena must take reasonable steps to avoid imposing undue burden or expense on a person subject to the subpoena. The issuing court must enforce this duty and impose an appropriate sanction — which may include lost earnings and reasonable attorney's fees — on a party or attorney who fails to comply.

**(2)** *Command to Produce Materials or Permit Inspection.*

**(A)** *Appearance Not Required.* A person commanded to produce documents, electronically stored information, or tangible things, or to permit the inspection of premises, need not appear in person at the place of production or inspection unless also commanded to appear for a deposition, hearing, or trial.

**(B)** *Objections.* A person commanded to produce documents or tangible things or to permit inspection may serve on the party or attorney designated in the subpoena a written objection to inspecting, copying, testing or sampling any or all of the materials or to inspecting the premises — or to producing electronically stored information in the form or forms requested. The objection must be served before the earlier of the time specified for compliance or 14 days after the subpoena is served. If an objection is made, the following rules apply:

(i) At any time, on notice to the commanded person, the serving party may move the issuing court for an order compelling production or inspection.

(ii) These acts may be required only as directed in the order, and the order must protect a person who is neither a party nor a party's officer from significant expense resulting from compliance.

**(3)** *Quashing or Modifying a Subpoena.*

**(A)** *When Required.* On timely motion, the issuing court must quash or modify a subpoena that:

(i) fails to allow a reasonable time to comply;

(ii) requires a person who is neither a party nor a party's officer to travel more than 100 miles from where that person resides, is employed, or regularly transacts business in person — except that, subject to Rule 45(c)(3)(B)(iii), the person may be commanded to attend a trial by traveling from any such place within the state where the trial is held;

(iii) requires disclosure of privileged or other protected matter, if no exception or waiver applies; or

(iv) subjects a person to undue burden.

**(B)** *When Permitted.* To protect a person subject to or affected by a subpoena, the issuing court may, on motion, quash or modify the subpoena if it requires:

(i) disclosing a trade secret or other confidential research, development, or commercial information;

(ii) disclosing an unretained expert's opinion or information that does not describe specific occurrences in dispute and results from the expert's study that was not requested by a party; or

(iii) a person who is neither a party nor a party's officer to incur substantial expense to travel more than 100 miles to attend trial.

**(C)** *Specifying Conditions as an Alternative.* In the circumstances described in Rule 45(c)(3)(B), the court may, instead of quashing or modifying a subpoena, order appearance or production under specified conditions if the serving party:

(i) shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship; and

(ii) ensures that the subpoenaed person will be reasonably compensated.

**(d) Duties in Responding to a Subpoena.**

**(1)** *Producing Documents or Electronically Stored Information.* These procedures apply to producing documents or electronically stored information:

**(A)** *Documents.* A person responding to a subpoena to produce documents must produce them as they are kept in the ordinary course of business or must organize and label them to correspond to the categories in the demand.

**(B)** *Form for Producing Electronically Stored Information Not Specified.* If a subpoena does not specify a form for producing electronically stored information, the person responding must produce it in a form or forms in which it is ordinarily maintained or in a reasonably usable form or forms.

**(C)** *Electronically Stored Information Produced in Only One Form.* The person responding need not produce the same electronically stored information in more than one form.

**(D)** *Inaccessible Electronically Stored Information.* The person responding need not provide discovery of electronically stored information from sources that the person identifies as not reasonably accessible because of undue burden or cost. On motion to compel discovery or for a protective order, the person responding must show that the information is not reasonably accessible because of undue burden or cost. If that showing is made, the court may nonetheless order discovery from such sources if the requesting party shows good cause, considering the limitations of Rule 26(b)(2)(C). The court may specify conditions for the discovery.

**(2)** *Claiming Privilege or Protection.*

**(A)** *Information Withheld.* A person withholding subpoenaed information under a claim that it is privileged or subject to protection as trial-preparation material must:

(i) expressly make the claim; and

(ii) describe the nature of the withheld documents, communications, or tangible things in a manner that, without revealing information itself privileged or protected, will enable the parties to assess the claim.

**(B)** *Information Produced.* If information produced in response to a subpoena is subject to a claim of privilege or of protection as trial-preparation material, the person making the claim may notify any party that received the information of the claim and the basis for it. After being notified, a party must promptly return, sequester, or destroy the specified information and any copies it has; must not use or disclose the information until the claim is resolved; must take reasonable steps to retrieve the information if the party disclosed it before being notified; and may promptly present the information to the court under seal for a determination of the claim. The person who produced the information must preserve the information until the claim is resolved.

**(e) Contempt.** The issuing court may hold in contempt a person who, having been served, fails without adequate excuse to obey the subpoena. A nonparty's failure to obey must be excused if the subpoena purports to require the nonparty to attend or produce at a place outside the limits of Rule 45(c)(3)(A)(ii).

Case 1:09-cv-00122-BLW   Document 226   Filed 03/08/13   Page 7 of 7

Butters

# UNITED STATES MARSHALS SERVICE
# DISTRICT OF IDAHO
# PROCESS SERVICE COST SHEET

**CASE NUMBER:** 1:09-cv-122-BLW  **NUMBER OF ITEMS:** 1
**DEPUTY:** Nebeker  **DATE:** 3/8/2013

**ENDEAVOR**   1st  X   2nd   ___   3rd   ___
(check one)
**FINAL REPORT**  y

**START TIME:** 3/8/2013 1100 HOURS
**END TIME:** 3/8/2013 1400 HOURS

## PROCESS SERVICE FEES:

3 HOURS @ $55.00 (or portion thereof*) = $165.00
*Any portion of an hour is still charged the full $55.00 for that hour

ADDITIONAL DEPUTIES:

0 HOURS @ $55.00 (or portion thereof*) = $0.00
*Any portion of an hour is still charged the full $55.00 for that hour

**MISCELLANEOUS EXPENSES:**
PHOTO COPIES: 6 @ $0.10 /COPY = $0.60
OUT-OF-POCKET: $0 = $0.00

**DOCUMENT PREPARATION** 0 ITEMS @ $20.00 /ITEM PREPARED = $0.00

**TOTAL PROCESS FEE CHARGES =** $165.60

## MILEAGE CHARGE

**R/T MILEAGE:** 60 @ $0.565 /MILE   **TOTAL MILEAGE =** $33.90

## FORWARDING FEES

**FORWARDING FEES (District to District or Sub-Office)** 0 ITEMS @ $8.00 /ITEM FORWARDED = $0.00

**SERVICE BY MAIL:** 0 ITEMS @ $8.00 /ITEM = $0.00

**TOTAL FORWARDING CHARGES =** $0.00

**TOTAL FEES AND EXPENSE = $199.50**